1044

[No. 58656-4-I.   Division One.   January 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DION JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11693-1, Michael Hayden, J., entered July 18, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58920-2-I.   Division One.   January 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE M. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02480-6, Sharon S. Armstrong, J., entered September 27, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58971-7-I.   Division One.   January 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMMAD HOMAYON SAKHI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03121-7, George T. Mattson, J., entered October 5, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 59290-4-I; 59790-6-I.   Division One.   January 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROWLAND RUSSELL HOLDEN, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 05-1-03070-9, David A. Kurtz, J., entered December 5, 2006. *Affirmed* by unpublished per curiam opinion.